**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Angela M. Baylock

Debtor

13

Bky No. 16-10036-MDC

**NOTICE OF:**
**APPLICATION OF DEBTOR'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOTICE IS GIVEN:**

1. That an application of debtor(s) counsel for approval of counsel fees has been filed by Law Offices of Erik B. Jensen, P.C., 1528 Walnut Street, Suite 1401, Philadelphia, PA 19102.

2. That counsel is requesting a total fee in the sum of $3,500.00. The debtor prepaid applicant $1,445.00 with a remaining balance of $2,055.00 to be paid in the Chapter 13 Plan.

3. That the aforesaid application is on file with the Clerk, United States Bankruptcy Court, 900 Market St, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the address shown above within 21 days of the date of this notice.

5. That in the absence of any answer or objection, the Court may grant the relief requested.

Dated:  July 13, 2016

/s/Erik B. Jensen
Erik B. Jensen
Erik B. Jensen P.C.
1528 Walnut Street
Suite 1401
Philadelphia, PA 19102

Telephone: (215) 546-4700
Attorney(s) for Debtor(s)