**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Angela M. Baylock

13

Bky No. 16-10036-MDC

Debtor

**CERTIFICATE OF SERVICE**

    I, Erik B. Jensen, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Attorney's Notice of: Application of Debtor's Counsel for Compensation and Reimbursement   electronically and/or first class mail and/or facsimile on July 13, 2016.

Angela M. Baylock
2011 Carpenter Street
Philadelphia, PA 19146

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Master Mailing Matrix

Dated:     July 13, 2016                          /s/Erik B. Jensen
                                                                                       Erik B. Jensen
                                                                                       Erik B. Jensen P.C.
                                                                                       1528 Walnut Street
                                                                                       Suite 1401
                                                                                       Philadelphia, PA 19102

                                                                                       Telephone: (215) 546-4700
                                                                                       Attorney(s) for Debtor(s)