**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In Re | | |
| Angela M. Baylock | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky No. 16-10036-MDC |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Erik B. Jensen, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Order Dismissing Debtor's Case via first class mail and/or ECF on July 20, 2016.

**VIA ECF:**

JACQUELINE M. CHANDLER on behalf of Trustee WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

ANDREW F GORNALL on behalf of Creditor Christiana Trust Et Al...
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


**VIA FIRST CLASS MAIL:**

Angela M Baylock
2011 Carpenter Street
Philadelphia, PA 19146

Water Revenue Bureau
Law Department – Tax Unit - Municipal Services Building
1401 JFK Blvd, Room 580
Philadelphia, PA 19102-1595

Master Mailing Matrix

Dated:   July 20, 2016                                  /s/Erik B. Jensen
                                                                    Erik B. Jensen
                                                                    Erik B. Jensen P.C.
                                                                    1528 Walnut Street
                                                                    Suite 1401
                                                                    Philadelphia, PA 19102

                                                                    Attorney for Debtor