**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Angela M. Baylock

          Debtor(s).

13

Bky No. 16-10036-MDC

**ORDER**

    **AND NOW,** this 2nd day of September 2016, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C.**,** counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $3,500.00 less $1,445.00 already paid with a remaining balance of $2,055.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

**CC:**  **Law Offices of Erik B. Jensen, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1528 Walnut Street**
**Suite 1401**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Angela M. Baylock
2011 Carpenter Street
Philadelphia, PA 19146