United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10036-mdc
Angela M. Baylock                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1                Date Rcvd: Sep 06, 2016
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db        +Angela M. Baylock,   2011 Carpenter Street,   Philadelphia, PA 19146-2616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Christiana Trust Et Al... agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ERIK B. JENSEN    on behalf of Debtor Angela M. Baylock john@erikjensenlaw.com,
       regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                         TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Angela M. Baylock

Debtor(s).

13

Bky No. 16-10036-MDC

## ORDER

AND NOW, this **2nd** day of **September** 2016, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $1,445.00 already paid with a remaining balance of $2,055.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:    Law Offices of Erik B. Jensen, P.C.
**ERIK B. JENSEN, ESQUIRE**
**1528 Walnut Street**
**Suite 1401**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Angela M. Baylock
2011 Carpenter Street
Philadelphia, PA 19146